IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD ZMUDZINSKI, *as Administrator and Special Administrator of the Estate of James Slapak in place of Jennifer Slapak, et al.*,

Plaintiff,

v.

USA,

Defendant.

Case No. 16-cv-762 JPG/SCW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 2, 2018**  **JUSTINE FLANAGAN, Acting Clerk of Court**

*s/Tina Gray*
**Deputy Clerk**


**Approved:**  *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**